B1 (Official Form 1)(4/10)

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**John L. Underwood Company, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|

| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
|---|---|

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**58-0523738** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
|---|---|

| Street Address of Debtor (No. and Street, City, and State):<br>**4450 Commerce Drive, S.W.**<br>**Atlanta, GA**<br><div align="right">ZIP Code</div>**30336** | Street Address of Joint Debtor (No. and Street, City, and State):<br><div align="right">ZIP Code</div> |
|---|---|

| County of Residence or of the Principal Place of Business:<br>**Fulton** | County of Residence or of the Principal Place of Business: |
|---|---|

| Mailing Address of Debtor (if different from street address):<br><div align="right">ZIP Code</div> | Mailing Address of Joint Debtor (if different from street address):<br><div align="right">ZIP Code</div> |
|---|---|

Location of Principal Assets of Business Debtor
(if different from street address above):

---

**Type of Debtor**
(Form of Organization)
(Check one box)

☐ Individual (includes Joint Debtors)
*See Exhibit D on page 2 of this form.*
■ Corporation (includes LLC and LLP)
☐ Partnership
☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)

☐ Health Care Business
☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
☐ Railroad
☐ Stockbroker
☐ Commodity Broker
☐ Clearing Bank
■ Other

**Tax-Exempt Entity**
(Check box, if applicable)

☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which
the Petition is Filed (Check one box)**

☐ Chapter 7
☐ Chapter 9
■ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts**
(Check one box)

☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
■ Debts are primarily business debts.

---

**Filing Fee (Check one box)**

■ Full Filing Fee attached

☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.

☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**

Check one box:
☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
☐ A plan is being filed with this petition.
☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**

■ Debtor estimates that funds will be available for distribution to unsecured creditors.
☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

Estimated Number of Creditors

| ☐ 1-49 | ☐ 50-99 | ☐ 100-199 | ■ 200-999 | ☐ 1,000-5,000 | ☐ 5,001-10,000 | ☐ 10,001-25,000 | ☐ 25,001-50,000 | ☐ 50,001-100,000 | ☐ OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|

Estimated Assets

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

Estimated Liabilities

| ☐ $0 to $50,000 | ☐ $50,001 to $100,000 | ☐ $100,001 to $500,000 | ☐ $500,001 to $1 million | ■ $1,000,001 to $10 million | ☐ $10,000,001 to $50 million | ☐ $50,000,001 to $100 million | ☐ $100,000,001 to $500 million | ☐ $500,000,001 to $1 billion | ☐ More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|

B1 (Official Form 1)(4/10)                                                                                                      Page 2

| **Voluntary Petition** | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **John L. Underwood Company, Inc.** |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed: **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**See Attachment** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A | Exhibit B |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>　　Signature of Attorney for Debtor(s)　　　　　(Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

　　　　_____
　　　　(Name of landlord that obtained judgment)

　　　　_____
　　　　(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(4/10)                                                                                                          Page 3

| Voluntary Petition | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **John L. Underwood Company, Inc.** |

**Signatures**

| Signature(s) of Debtor(s) (Individual/Joint) | Signature of a Foreign Representative |
| --- | --- |

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

**Signature of Attorney***

X **/s/ Brad A. Baldwin**
Signature of Attorney for Debtor(s)

**Brad A. Baldwin 034220**
Printed Name of Attorney for Debtor(s)

**Burr & Forman LLP**
Firm Name

**171 17th Street**
**Suite 1100**
**Atlanta, GA 30363**

_____
Address

**404-815-3000  Fax: 404-817-3244**
Telephone Number

**October  3, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

**Signature of Non-Attorney Bankruptcy Petition Preparer**

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

**Signature of Debtor (Corporation/Partnership)**

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Douglas M. Underwood**
Signature of Authorized Individual

**Douglas M. Underwood**
Printed Name of Authorized Individual

**President**
Title of Authorized Individual

**October  3, 2011**
Date

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

In re    **John L. Underwood Company, Inc.**                                    Case No. _____

                                            Debtor

# FORM 1. VOLUNTARY PETITION
## Pending Bankruptcy Cases Filed Attachment

| Name of Debtor / District | Case No. / Relationship | Date Filed / Judge |
|---|---|---|
| **Lockwood Products, Inc.**<br>**Georgia Northern District** | Subsidiary | |
| **Underwood Administrative Services, Inc.**<br>**Georgia Northern District** | Subsidiary | |
| **Underwood Air Systems, Inc.**<br>**Georgia Northern District** | Subsidiary | |
| **Underwood HVAC, Inc.**<br>**Georgia Northern District** | Subsidiary | |

## CONSENT RESOLUTION
## OF THE BOARD OF DIRECTORS OF
## JOHN L. UNDERWOOD COMPANY, INC.

Pursuant to Georgia Business Corporation Code, the undersigned, being all of the members of the Board of Directors of JOHN L. UNDERWOOD COMPANY, INC., a Georgia corporation, do hereby signify their consent to and adopt the following resolutions as the action of the Board of Directors of the corporation in lieu of a meeting.

**WHEREAS** the managing officers and Board of Directors for the John L. Underwood, Company, Inc. have determined it is necessary and desirable for the company to seek relief within the protections of a Chapter 11 reorganization;

**NOW THEREFORE BE IT RESOLVED** as follows:

RESOLVED, that JOHN L. UNDERWOOD COMPANY, INC. (the "**Company**") shall be, and hereby is, authorized to: (a) file a voluntary petition (the "**Petition**") for relief under Chapter 11 or any other chapter of the United States Bankruptcy Code, 11 U.S.C. §§ 101-1330 (the "**Bankruptcy Code**") for which the Company is eligible, in the United States Bankruptcy Court for the Northern District of Georgia or such other court as the appropriate officers or managing members of the Company shall determine to be appropriate (the "**Bankruptcy Court**"), and perform any and all such acts as are reasonable, advisable, expedient, convenient, proper or necessary to effect any of the foregoing;

FURTHER RESOLVED, that Douglas M. Underwood, the President of the Company, together with any other officers of the Company that he may designate (collectively, the "**Designated Officers**") shall be, and each of them, acting alone or collectively, hereby are, authorized, directed and empowered on behalf of and in the name of the Company to: (a) execute and verify the Petition as well as all other ancillary documents and cause the Petition to be filed with the Bankruptcy Court and any ancillary documents that the Designated Officer deems necessary or desirable to carry out the intent and accomplish the purposes of these resolutions (such approval to be conclusively established by the execution thereof by such Designated Officer); (b) execute, verify and file or cause to be filed all petitions, schedules, lists, motions, applications and other papers or documents (including debtor in possession loan agreements) necessary or desirable in connection with the Petition and the administration of the Company's bankruptcy case; and (c) execute and verify any and all other documents necessary or appropriate in connection therewith in such form or forms as any such Designated Officer may approve;

FURTHER RESOLVED, that the Company is authorized, and the Designated Officers are likewise authorized, directed and empowered to retain, on

361437 v1

behalf of the Company, (a) the law firms of Burr & Forman LLP and Mahaffey Pickens Tucker, LLP to serve a counsel to the Company for the bankruptcy proceedings, and (c) such additional professionals, including attorneys, accountants, financial advisors, investment bankers, consultants or brokers, in each case as in such Designated Officer(s)' judgment may be necessary in connection with the Company's case under any chapter of the Bankruptcy Code and other related matters, on such terms as such officer(s) shall approve;

FURTHER RESOLVED, that the Company, as debtor and debtor in possession under chapter 11 of the Bankruptcy Code, shall be, and hereby is, authorized to borrow funds and undertake related financing transactions and execute corresponding financing documents (collectively, the "Financing Transactions") from such lenders and on such terms as may be approved by any one or more of the Designated Officers of the Company, as reasonably necessary for the continuing conduct of the affairs of the Company, and grant security interests in and liens upon all or substantially all of the Company's assets as may be deemed necessary by any one or more of the Designated Officers of the Company in connection with such borrowings;

FURTHER RESOLVED, that the Designated Officers of the Company or their designees are authorized, directed and empowered, in the name of and on behalf of the Company, to take or cause to be taken any and all such further actions, to execute and deliver any and all such agreements, certificates, instruments and other documents and to pay all expenses, including filing fees, in each case as in such officer's judgment shall be necessary or desirable in order fully to carry out the intent and accomplish the purposes of the resolutions adopted herein; and

FURTHER RESOLVED, that all acts lawfully done or actions lawfully taken or to be taken by the Designated Officer(s) in connection with the implementation of these resolutions are hereby in all respects ratified, confirmed and approved.

### END OR RESOLUTIONS ###
*Signature pages follow*

361437 v1

**IN WITNESS WHEREOF**, the undersigned hereby execute this consent resolution to be effective as of September 28, 2011.  This signature page may be executed in one or more counterparts, each of which taken together shall constitute one document.

**BOARD OF DIRECTORS:**

_____
Douglas M. Underwood, Director

_____
James E. Gibson, Director

_____
Daniel L. Underwood, Director

B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re **John L. Underwood Company, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS ON A CONSOLIDATED BASIS*

Following is the list of the debtor's creditors holding the 20 largest unsecured claims on a consolidated basis. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [or chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| American Coolair Corporation P.O. Box 2300 Jacksonville, FL 32203-2300 | American Coolair Corporation P.O. Box 2300 Jacksonville, FL 32203-2300 | Trade debt | Unliquidated | 135,109.25 |
| Bache Sales PO Box 920273 Norcross, GA 30010 | Bache Sales PO Box 920273 Norcross, GA 30010 | Trade debt | Unliquidated | 84,118.29 |
| Berko Electric Marley Electric Heating PO Box 99124 Chicago, IL 60693 | Berko Electric Marley Electric Heating PO Box 99124 Chicago, IL 60693 | Trade debt | Unliquidated | 13,030.33 |
| Berner International Corp Lockbox 360415M 111 Progress Avenue New Castle, PA 16101 | Berner International Corp Lockbox 360415M 111 Progress Avenue New Castle, PA 16101 | Trade debt | Unliquidated | 33,752.01 |
| Flexible Technologies, Inc. PO Box 905986 Charlotte, NC 28290-5986 | Flexible Technologies, Inc. PO Box 905986 Charlotte, NC 28290-5986 | Trade debt | Unliquidated | 24,513.01 |
| Flo Fab, Inc. 860 Boul Industrial Bois-des-filion QC J6Z4V7 Canada | Flo Fab, Inc. 860 Boul Industrial Bois-des-filion QC J6Z4V7 Canada | Trade Debt | Unliquidated | 18,431.97 |
| Fulton County Tax Commissioner PO Box 105052 Atlanta, GA 30348-5052 | Fulton County Tax Commissioner PO Box 105052 Atlanta, GA 30348-5052 | Taxes | Unliquidated | 17,901.46 |
| Goodman Distribution, Inc. PO Box 201652 Houston, TX 77216-1652 | Goodman Distribution, Inc. PO Box 201652 Houston, TX 77216-1652 | Trade debt | Unliquidated | 72,926.90 |
| Grundfos Pumps Corp. 3215 Solutions Center Chicago, IL 60677-3002 | Grundfos Pumps Corp. 3215 Solutions Center Chicago, IL 60677-3002 | Trade debt | Unliquidated | 53,891.21 |
| Honeywell International, Inc. PO Box 70267 Chicago, IL 60673-0267 | Honeywell International, Inc. PO Box 70267 Chicago, IL 60673-0267 | Trade debt | Unliquidated | 23,055.65 |

\* This list comprises the 20 largest unsecured creditors on a consolidated basis for all the following affiliated debtors: John L. Underwood Company, Inc.; Underwood Air Systems, Inc.; Underwood HVAC, Inc.; Underwood Administrative Services, Inc.; and Lockwood Products, Inc.

B4 (Official Form 4) (12/07) - Cont.

In re <u>John L. Underwood Company,</u> Inc.                                    Case No. _____

Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
### Continuation Sheet

| (1)<br>*Name of creditor and complete mailing address including zip code* | (2)<br>*Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3)<br>*Nature of claim (trade debt, bank loan, government contract, etc.)* | (4)<br>*Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5)<br>*Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| Krueger<br>PO Box 102249<br>Atlanta, GA 30368-0249 | Krueger<br>PO Box 102249<br>Atlanta, GA 30368-0249 | Trade debt | Unliquidated | 44,936.88 |
| PlasticAir Inc.<br>1275 Crestlawn Drive ON<br>L4W1A9 | PlasticAir Inc.<br>1275 Crestlawn<br>Drive ON L4W1A9 | Trade debt | Unliquidated | 15,000.00 |
| Polar Technology, LLC<br>3630 Trousdale Drive<br>Nashville, TN 37204 | Polar Technology,<br>LLC 3630 Trousdale<br>Drive Nashville, TN | Trade debt | Unliquidated | 22,960.00 |
| Price<br>PO Box 100170<br>Atlanta, GA 30384-0170 | Price<br>PO Box 100170<br>Atlanta, GA 30384-0170 | Trade debt | Unliquidated | 68,113.27 |
| Quick Tanks, Inc.<br>PO Box 338<br>Kendallville, IN 46755-0338 | Quick Tanks, Inc.<br>PO box 338<br>Kendallville, IN 46755-0338 | Trade debt | Unliquidated | 153,414.72 |
| Skidmore Corporation<br>Dept 77835<br>PO Box 77000<br>Detroit, MI 48277-0835 | Skidmore Corporation Dept 77835<br>PO Box 77000<br>Detroit, MI 48277-0835 | Trade debt | Unliquidated | 28,375.42 |
| Spirax Sarco, Inc.<br>PO Box 101160<br>Atlanta, GA 30392-1160 | Spirax Sarco, Inc.<br>PO Box 101160<br>Atlanta, GA 30392-1160 | Trade debt | Unliquidated | 19,777.55 |
| Sun State Systems, Inc.<br>34-196 Industrial Loop<br>Orange Park, FL 32073 | Sun State Systems,<br>Inc. 34-196 Industrial<br>Loop Orange Park, | Trade debt | Unliquidated | 23,464.91 |
| Superior Radiant Products,<br>42 Millen Road Unit 23<br>Stoney Creek ON L8E3N9<br>Canada | Superior Radiant Products,<br>Ltd 42 Millen Road Unit 23<br>Stoney Creek ON L8E3N9<br>Canada | Trade debt | Unliquidated | 47,428.16 |
| United Enertech Corp.<br>PO Box 71659<br>Chattanooga, TN 37407 | United Enertech<br>Corp. PO Box<br>71659 | Trade debt | Unliquidated | 32,601.52 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the President of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  <u>October 3, 2011</u>            Signature    <u>  /s/ Douglas M. Underwood  </u>

Douglas M. Underwood
President

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2011 CCH INCORPORATED - www.bestcase.com                                    Best Case Bankruptcy

**United States Bankruptcy Court**
**Northern District of Georgia**

In re   John L. Underwood Company, Inc.                             Case No.

                                        Debtor(s)            Chapter    11

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct

to the best of my knowledge.

Date:    **October 3, 2011**                    **/s/ Douglas M. Underwood**
                                                    **Douglas M. Underwood/President**
                                                    Signer/Title

02 Plus Hapeville, LLC
4262-D Old Dixie Road
Atlanta, GA 30354


4D Metals & Supply
P.O. Box 1078
Trussville, AL 35173


A & B Sheet Metal, Inc.
5421 Hillside Drive
Forest Park, GA 30297


Abbey Mec-tric
P.O. Box 1225
Norcross, GA 30091


Acs of Georgia
P. O. Box 81592
Atlanta, GA 30366


Advantage Industrial
Automation
4775 River Green Pkwy
Duluth, GA 30096-2567


Agent Manufacturing Company
1408 East Church Street
P.O. Box 248
Adrian, MI 49221


Air Balance, Inc.
P.O. Box 5-0571
Woburn, MA 01815-0571


Air Conditioning Products Co.
30350 Ecorse Road
Romulus, MI 48174

Air Distribution Concepts
P. O. Box 507
Delavan, WI 53115


Air King America, Inc.
P. O. Box 60514
Charlotte, NC 28260


Air Turbine Propeller Co.
P.O. Box 218
Zelienople, PA 16063-0218


Airgas Regrigerants, Inc.
P. O. Box 952182
Dallas, TX 75395-2182


Airtherm
10805 Sunset Office Drive
Suite L-110
Saint Louis, MO 63127


Airtherm Manufacturing Company
P.O. Box 3749
Boston, MA 02124


AirVector / Alfa Mega, Inc.
1017-C Collier Road NW
Atlanta, GA 30318


Alabama Department of Revenue
Business Privilege Tax
PO Box 327320
Montgomery, AL 36132


Alabama Department of Revenue
Corporate Income Tax Section
PO Box 327435
Montgomery, AL 36132

Aladdin Metal Products, Inc.
82 Kennedy Drive
Forest Park, GA 30297


Alley & Rader Co., Inc.
Drawer 660
Burlington, NC 27216


American Coolair Corporation
P.O. Box 2300
Jacksonville, FL 32203-2300


American Fan Company
P.O. Box 710823
2933 Symes Road
Fairfield, OH 45014


American Louver Company
Plasticade
P.O. Box 66318
Chicago, IL 60666


AMI Bearings, Inc.
570 N. Wheeling Road
Mount Prospect, IL 60056


Anago of Atlanta
1100 Circle 75 Parkway Ste 770
Atlanta, GA 30339


Anemostat Products
A Mestek Company
File 749327
Los Angeles, CA 90074


Applied Industrial Technologie
22510 Network Place
Chicago, IL 60673

Applied Thermal Resources
ATR Equipment Co
P.O. Box 2208
Roswell, GA 30077


APR Company
7405 Hannah Road
Winston, GA 30187


Arthur E. Ferdinand
141 Pryor Street SW Suite 1106
Atlanta, GA 30303-3446


Associated Paper & Supply
PO Box 80427
GA 30208


Atlanta Supply Company
1333 Logan Circle NW
Atlanta, GA 30318


Averitt Express, Inc.
PO Box 3145


B & S. Electric Supply Co. Inc
PO Box 44769
Atlanta, GA 30336-5769


Bache Architectural dba N&H
Bache, Inc.
PO Box 923355
Norcross, GA 30010


Bache Sales
PO Box 920273
Norcross, GA 30010

Baldor
PO Box 802738
Kansas City, MO 64180-2738


Belimo Air Controls, Inc.
PO Box 33508
Hartford, CT 06150


Bell & Company
P. O. Drawer 1928
Mobile, AL 36633


Berko Electric
Marley Electric Heating
PO Box 99124
Chicago, IL 60693


Berner International Corp
Lockbox 360415M
111 Progress Avenue
New Castle, PA 16101


Braeburn Systems, LLC
8006 Solutions Center
Chicago, IL 60677


Breakers Unlimited
15241 Stoney Creek Way
Noblesville, IN 46060


Broan-Nutone LLC
4641 Payshere Circle
Chicago, IL 60674


Brookmeade Hardware & Supply
1810-A Air Lane Drive
Nashville, TN 37210

C.L. Ward & Family Inc.
PO Box 951486
Cleveland, OH 44193


Camfil Farr, Inc.
3302 Solutions Center
Chicago, IL 60677-3003


Case Parts Company
877 Monterey Pass Road
Monterey Park, CA 91754


Cashco, Inc.
c/o Fluid Flow Products
PO Box 942
Shawnee Mission, KS 66201-0942


Champion Cooler
5800 Murray Street
Little Rock, AR 72209


Cintas Corporation/GA #071
3600 Kennesaw 75 Pkwy NW
Kennesaw, GA 30144


Clarcor Air Filtration Product
PO Box 404201
Atlanta, GA 30384


Clay & Bailey Manufacturing Co
PO Box 871460
Kansas City, MO 64187-1460


Clovernook Fan Company
PO Box 288
Mason, OH 45040

Coaire Corporation
8740 Pioneer Blvd
Santa Fe Springs, CA 90670


Coastline Distribution, LLC
P. O. Box 409635
Atlanta, GA 30384


Columbia Fire Equipment, Inc.
PO Box 821
Columbia, TN 38402-0821


Computer Forms & Marketing Inc
2625 North Berkeley Lake Rd
Suite 500
Duluth, GA 30096


Con-Way Freight, Inc.
PO Box 5160
Portland, OR 97208-5160


Concept Packaging Group
PO Box 405903
Atlanta, GA 30384-5903


Conklin Metal Industries
236 Moore Street, SE
Atlanta, GA 30312


Control Southern Inc
PO Box 102363
Atlanta, GA 30368-2363


Controls & Sheet Metal, Inc.
1051 Sargent Street
Cincinnati, OH 45203

Coosa Steel Corporation
PO Box 187
Rome, GA 30162


Creative Metals
PO Box 40913q
Nashville, TN 37204


Crown Products Company, Inc.
6390 Philps Highway
Jacksonville, FL 32216


Culligan Water Conditioning
2683 Peachtree Square
Atlanta, GA 30360


Curbs Plus, Inc.
1200 Carline Rd
Rossville, GA 30741


Dayus Register & Grille, Inc.
5290 Pullyblack Street, RR #1
Windsor, ON N9A6J3


Diversitech Corp.
PO Box 934134
Atlanta, GA 31193-4134


Don Johns Inc.
1050 Progress Ind Blvd
Lawrenceville, GA 30043


Douglas M. Underwood
Smyrna, GA 30080

Drive Components LLC
6519 Eastland Road
Suite #106
Brookpark, OH 44142


Duct Incorporated
PO Box 889
Clemmons, NC 27012


Duro Dyne Corp.
PO Box 9117
Bay Shore, NY 11706


DWG Inc.
3653 Regent Blvd.
Suite 604
Jacksonville, FL 32224


Dwyer Instruments, Inc.
PO Box 338
Michigan City, IN 46361


ECC Control Products
12623 Collections Center Drive
Chicago, IL 60693


FabricAir, Inc.
437 Madison Ave
New York, NY 10022


FAMCO, Inc.
649 N. Ralstin Place
Meridian, ID 83642


Fantech Inc.
PO Box 8500-53093
Philadelphia, PA 19178-3093

Fastening Solutions, Inc.
PO Box 11407
Birmingham, AL 35246-0419


FCC, LLC
19th Floor
565 Fifth Avenue
New York, NY 10017


Ferguson Enterprises, Inc.
PO Box 100286
Atlanta, GA 30384


Fieldpiece Instruments, Inc.
1900 E Wright Circle
Anaheim, CA 92806


Filter Pure Systems, Inc.
5405 Boran Place
Tampa, FL 33610


Filtration Manufacturing, Inc.
47 J. Faris Drive
Andalusia, AL 36421


Fireside Natural Gas, LLC
PO Box 116268
Atlanta, GA 30368


First Industrial, L.P.
75 Remittance Drive
Chicago, IL 60675-1756


Flexaust Company
PO Box 4275
Warsaw, IN 46581-4275

Flexible Technologies, Inc.
PO Box 905986
Charlotte, NC 28290-5986


Flo Fab, Inc.
860 Boul Industrial
Bois-des-filion QC  J6Z4V7
Canada


Fluid Flow Products, Inc.
PO Box 751278
Charlotte, NC 28275


FMIC
One Mutual Avenue
Frankenmuth, MI 48787


Fox Appliance Parts Company of
Atlanta
PO Box 16217
Atlanta, GA 30321


Fulton County Tax Commissioner
P.O. Box 105052
Atlanta, GA 30348-5052


FYH Bearing Units USA Inc
285 Industrial Drive
Wauconda, IL 60084


General Filters, Inc.
43800 Grand River Avenue
New Haven, MI 48050


General Insulation Company Inc
PO Box 636959
Cincinnati, OH 45263-6959

General Pump & Machinery
1044 W. Olympia Drive
Peoria, IL 61615-2063

Georgia Department of Revenue
Attn: Bankruptcy Department
1800 Century Blvd., NE
Atlanta, GA 30345-3205

Golden Eagle Publishing
HVAC Insider & Refrigeration
PO Box 185
Ashland City, TN 37015

Goodman Distribution, Inc.
PO Box 201652
Houston, TX 77216-1652

Gray Metal South, Inc.
PO box 1126
Dunn, NC 28335

Green Industries
4989 Riverhill Road
Marietta, GA 30068

Green Metal Manufacturing
1896 Old Concord Road SE
Smyrna, GA 30080

Grundfos Pumps Corp.
3215 Solutions Center
Chicago, IL 60677-3002

H & H Supply of Tennessee
PO Box 1787
Mount Juliet, TN 37121

H-P Products, Inc.
PO Box 70537
Cleveland, OH 44190-0537


Hajoca Corporation
PO box 905320
Charlotte, NC 28290-5320


Heat Transfer Systems Ltd.
333 N. Main Street
Alpharetta, GA 30009


Heritage Propane Atlanta
71 Fairfield Place NW
Atlanta, GA 30314


Heritage Svc Group of Atlanta
PO Box 8710
Fort Wayne, IN 46898-8710


Hero Fabriduct, Inc.
PO Box 9414
Chattanooga, TN 37412


HEV Inc.
4507 North Selland Avenue
Fresno, CA 93722


Hollingsworth Capital Partners
Investments IV, LLC
Two Centre Plaza
Clinton, TN 37716


Honeywell International, Inc.
PO Box 70267
Chicago, IL 60673-0267

ICB Greenline LLC
PO Box 7648
Charlotte, NC 28241


Indeeco
425 Hanley Industrial Court
Saint Louis, MO 63144


Insider Newspapers, Inc.
PO Box 81489
Conyers, GA 30013


IRS
Centralized Insolvency Operati
PO Box 21126
Philadelphia, PA 19114-0326


ITT Industries
McDonnell Miller
PO Box 223724
Pittsburgh, PA 15250-7630


J. H. Ballenger Co.
3915 Oak St.
Cincinnati, OH 45227-3109


J.D. Gould Co., Inc.
PO Box 18128
Indianapolis, IN 46218


James M. Pleasants Company Inc
PO Box 890396
Charlotte, NC 28289


Jer-Air Manufacturing, Inc.
PO Box 656
Mc Intosh, FL 32664

JMF Manufacturing
PO Box 868
Bettendorf, IA 52722


Joe Powell & Associates, Inc.
6775 Meadow Lane
Alpharetta, GA 30005


John F. Inama, III
124 Burnham Rize
Peachtree City, GA 30269


Kenny Pipe & Supply, Inc.
PO Box 415000
Msc-410369
Nashville, TN 37241-5000


Klein Tools, Inc.
75 Remittance Drive
Chicago, IL 60675


Krueger
PO Box 102249
Atlanta, GA 30368-0249


Lawler Manufacturing Co., Inc.
407 England Road
Lincoln, AL 35096


LDI Reproprinting Center
1173 West Avenue
Conyers, GA 30012


Leader Industries, Inc.
PO Box 40913
Nashville, TN 37204

Leeson Electric Corp.
3750 Solutions Center
Chicago, IL 60677-3007


Legend Valve & Fitting, Inc.
51245 Filomena Drive
Utica, MI 48315


Light Bulb Depot 13 LLC
PO Box 410
Aurora, MO 65605-0410


Lucas-Milhaupt, Inc.
PO Box 774686
Chicago, IL 60677-4066


Lummus Supply Company
1554 Bolton Road, NW
Atlanta, GA 30331


Madison Manufacturing Co.
21455 Network Place
Chicago, IL 60673-1214


Mainstream Engineering Corp.
200 Yellow Place
Rockledge, FL 32955


Marley Engineered Products LLC
P. O. Box 99124
Chicago, IL 60693


McCullough Electric Motor Svc
521 Edgewood Ave., SE
Atlanta, GA 30312

Metal Industries, Inc.
1985 Carroll Street
Clearwater, FL 33765


Metal Specialist
PO Box 683
Austell, GA 30168


Metal-Fab Inc.
PO Box 3610
Wichita, KS 67201-3610


Metropolitan Assessor of
Property
PO Box 196305
Nashville, TN 37219


MGM Products, Inc.
1080 Culpepper Drive SW
Conyers, GA 30094


Michigan Air Products
PO Box 1155
Troy, MI 48099-1155


Midwest Tool and Cutlery Co.
PO Box 160
Sturgis, MI 49091


Migledorffs, Inc.
PO box 2608
Norcross, GA 30091


Moore Colson & Company
1640 Powers Ferry Road
Building 11 Suite 300
Marietta, GA 30067

Munters Corp
3396 Solutions Center
Chicago, IL 60677-1003


NCA Manufacturing
& Metal Industries, Inc.
1985 Carroll Street
Clearwater, FL 33765


Neptune Chemical Pump Co
295 Dekalb Pike
24308 Network Place
Chicago, IL 60673-1243


NES Rentals
PO Box 8500-1226
Philadelphia, PA 19178-1226


Neuco, Inc.
PO box 661151
Chicago, IL 60666-1151


Noland Company
4084 Presidential Parkway
Atlanta, GA 30340


Nordfab Products LLC
Lockbox #777022
7022 Solutions Center
Chicago, IL 60677-7000


Nystrom, Inc.
NW 7845
PO Box 1450
Minneapolis, MN 55485-7845


Omegaflex
PO Box 847999
Boston, MA 02284

Orion Instruments
c/o Fluid Flow Products
2108 Crown View Drive
Charlotte, NC 28227


Packard, Inc.
980 Cobb Place Blvd Suite 200
Kennesaw, GA 30144


Parris Printing Co.
211 Whitsett Road
Nashville, TN 37210


Patton Industries, Inc.
PO Box 1632
Newnan, GA 30264


Peachtree Breakroom Services
1990 Delk Industrial Blvd SE
Suite 110
Marietta, GA 30067


Peacock Sales Company, Inc.
3683 North Peachtree Road
Atlanta, GA 30341


Pemco Design Service, Inc.
53-T Primrose Lane
Levittown, NY 11756


PlasticAir Inc.
1275 Crestlawn Drive
ON L4W1A9


Plymovent
115 Melrich Road
Cranbury, NJ 08512

Plymovent
PO Box 644125
Pittsburgh, PA 15264-4125


Polar Technology, LLC
3630 Trousdale Drive
Nashville, TN 37204


Precision Multiple Controls
33 Greenwood Avenue
Midland Park, NJ 07432


Preferred Transport & Dist
PO box 44223
Atlanta, GA 30336


Price
PO Box 100170
Atlanta, GA 30384-0170


Process Supplies & Accessories
PO Box 740
Lenoir City, TN 37772


Pye-Barker Supply Co., Inc.
PO Box 934031
Atlanta, GA 31193-4031


Quality Float Works, Inc.
PO Box 68609
Schaumburg, IL 60168-0609


Quick Tanks, Inc.
PO box 338
Kendallville, IN 46755-0338

Quietside Corp.
8750 Pioneer Blvd.
Santa Fe Springs, CA 90670


Quill Corporation
PO Box 37600


Raymon-Donco
300 West Johnson
PO Box 250
Albion, IA 50005


Refco Mfg., Inc.
PO Box 565
Lockport, NY 14095


Refresh Technologies
2772 Lake Vista Drive
Buford, GA 30519


Reliable Products, Inc.
P. O. Box 102249
Atlanta, GA 30368


Resource Conservation Tech Inc
PO Box 636812
Cincinnati, OH 45263-6812


Reversomatic Manufacturing Ltd
790 Rowntree Dairy Road
Woodbridge ON L4L5V3


Rosemount, Inc.
8200 Market Boulevard
Mail Station PH16

Second Wind Air Purifier
255 Great Arrow Avenue
Suite 20C
Buffalo, NY 14207


Skidmore Corporation
Dept 77835
PO Box 77000
Detroit, MI 48277-0835


Smart Electric Eair LLC
aka Smart Electric
PO Box 535431
Atlanta, GA 30353-5431


Smith Filter Coropration
5000 - 41st Street Ct
Moline, IL 61265-7583


Southeast Pump & Equipment Inc
3515 Trotter Dr
Alpharetta, GA 30004


Southeastern Hose, Inc.
P. O. Box 575
Bremen, GA 30110


Southern Spiral Pipe, Inc.
PO Box 475
Moreland, GA 30259


Spence Engineering Company Inc
c/o Abbey Mec Tric
PO Box 360702
Pittsburgh, PA 15251


Spirax Sarco, Inc.
PO Box 101160
Atlanta, GA 30392-1160

Spotswood Associates, Inc.
6235 Atlantic Blvd.
Norcross, GA 30071-1308


Sterling HVAC
P. O. Box415594
Boston, MA 02241


Sterling Products, Inc.
Department 4511
Carol Stream, IL 60122-4511


Stromquist & Company, Inc.
PO Box 724688
Atlanta, GA 31139


Sun State Systems, Inc.
34-196 Industrial Loop
Orange Park, FL 32073


Sunbelt Marketing, Inc.
PO Box 535197
Atlanta, GA 30353-5197


Sunlow
1400 English Street NW
Atlanta, GA 30318


Suntrust Bank/Credit Card
PO Box 791250
Baltimore, MD 21279-1250


Superior Radiant Products, Ltd
42 Millen Road Unit 23
Stoney Creek ON L8E3N9

T & S Brass & Bronze Works Inc
PO Box 601161
Charlotte, NC 28260-1161


Team Air Distributing, Inc.
PO Box 1328
Franklin, TN 37065


TechTop Industries
1268 Old Alpharetta Road
Alpharetta, GA 30005


Tennessee Dept of Revenue
Andrew Jackson State Office Bl
500 Deaderick Street
Nashville, TN 37242


Terminix Processing Center
PO Box 742592
Cincinnati, OH 45274-2592


Toshiba International Corp
13131 West Little York Road
Houston, TX 77041


Total Health and Safety
PO Box 1127
Tucker, GA 30085


ToxAlert International, Inc.
PO Box 159
Mound, MN 55364-0159


Trane U.S., Inc. Parts
PO Box 406469
Atlanta, GA 30384-6469

Tri-Dim Filter Corporation
PO Box 822001
Philadelphia, PA 19182-2001


Tri-State Distributing, Inc.
2806 Dickerson Road
Nashville, TN 37207


Triangle Fastener Corporation
#774308
40308 Solutions Center
Chicago, IL 60677-4003


Tuttle & Bailey
Air Systems Components, LP
PO Box 102249
Atlanta, GA 30368-0249


Twin City Fan & Blower Company
5959 Trenton Lane N
Minneapolis, MN 55442-3237


Tyco Valves & Controls
P. O. Box 120001
Dept 0651
Dallas, TX 75312


United Enertech Corp.
PO Box 71659
Chattanooga, TN 37407


United Refrigeration Inc.
PO Box 740703
Atlanta, GA 30374-0703


UPS
PO Box 7247-0244
Philadelphia, PA 19170-0001

Versa-Mount, Inc.
PO Box 1374
Douglasville, GA 30134


Vimco Vibration Management
3532-A East T C Jester Blvd
Houston, TX 77018


Viron International
505 Hintz Road
Owosso, MI 48867-9603


Voigt-Abernathy Sales Corp.
PO Box 425
Trussville, AL 35173


Warren Controls, Inc.
2600 Emrick Blvd
Bethlehem, PA 18020


Warren Manufacturing Co., Inc.
PO Box 5347
Hialeah, FL 33014-1347


Warren Technology
2600 Emrick Blvd
Bethlehem, PA 18020


Watts Regulator Company
PO Box 60601
Charlotte, NC 28260


Weg Electric Corp.
6655 Sugarloaf Parkway
Duluth, GA 30097

Wolf Peak International, Inc.
P. O. Box 845
Layton, UT 84041


Worldwide Electric Corporation
PO Box 307
Pittsford, NY 14534


ZVL-ZKL Bearings Corporation
1640 Midwest Blvd.
Indianapolis, IN 46214-2281